LETITIA JAMES
Attorney General of the State of New York
By:  Alee N. Scott
Special Assistant Attorney General
28 Liberty Street
New York, New York 10005

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* RAHIMI and SCHULTE,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | 15 Civ. 5686 (PAC)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| STATE OF NEW YORK *ex rel.* RAHIMI and SCHULTE,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendant. | |

To:    The Clerk of the Court and all parties of record:

      PLEASE TAKE NOTICE that Alee N. Scott of the New York State Office of the Attorney General appears in this action on behalf of the State of New York. All notices given or required to be given in this action and its proceedings and all papers filed in this action and its proceedings shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Date: January 22, 2019
   New York, NY

                Respectfully submitted,

                LETITIA JAMES
                Attorney General of the
                State of New York

By:    /s/
        Alee N. Scott
        Special Assistant Attorney General
        Medicaid Fraud Control Unit
        28 Liberty Street
        New York, New York 10005
        Phone:   (212) 417-5322
        Email:   alee.scott@ag.ny.gov

*Attorneys for State of New York*